FILED
2005 Jun-16 PM 03:11
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| CLINTON SAMUEL TEASLEY, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 05-JFG-RRA-0047-W |
| | ) |
| WARDEN CHERYL PRICE, et al., | ) |
| | ) |
| Respondents. | ) |

## **MEMORANDUM OPINION**

The court has considered the entire file in this action, together with the Magistrate Judge's Report and Recommendation, and has reached an independent conclusion that the Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, this petition for writ of habeas corpus is due to be transferred to the United States District Court for the Middle District of Alabama. An appropriate order will be entered.

DONE and ORDERED 16 June 2005.

UNITED STATES DISTRICT JUDGE
J. FOY GUIN, JR.